```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
EXTREME REACH, INC.,

                           Plaintiff,

       -against-

                                               22-CV-7948(VEC)

PGREF I 1633 BROADWAY LAND, L.P.; 1633              ORDER
BROADWAY OWNER I, LP; and 1633
BROADWAY OWNER II, LP

                          Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on November 10, 2022, the parties contacted chambers for the Undersigned to address a discovery dispute.

        IT IS HEREBY ORDERED that the Court will hear the discovery dispute on **Thursday, November 10, 2022 at 4:00 p.m.**  To attend the conference, the parties must dial 1-888-363-4749, using the access code 3121171, and the security code 7948.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

**SO ORDERED.**

Date:  November 10, 2022
        New York, New York

                                                                **VALERIE CAPRONI**
                                                                **United States District Judge**