```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
EXTREME REACH, INC.,

                Plaintiff,

    -against-

                       22-CV-7948(VEC)

PGREF I 1633 BROADWAY LAND, L.P.; 1633     ORDER
BROADWAY OWNER I, LP; and 1633
BROADWAY OWNER II, LP

                Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 10, 2022, the parties held a teleconference regarding a discovery dispute; and

    WHEREAS on November 18, 2022, the parties appeared for a pre-trial conference.

    IT IS HEREBY ORDERED that by **November 21, 2022**, Defendants must provide the Court with unredacted copies of the documents at issue for *in camera* review, with redactions reflected in highlighted text.

    IT IS FURTHER ORDERED that the parties must meet and confer and file a proposed summary judgment briefing schedule by no later than **December 1, 2022**. The parties must also indicate whether they would like to jointly request a settlement conference before their assigned Magistrate Judge.

**SO ORDERED.**

Date: **November 18, 2022**
      New York, New York

                                          **VALERIE CAPRONI**
                                          **United States District Judge**