```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
EXTREME REACH, INC.,                              :
                                                  :
                              Plaintiff,          :
            -against-                             :
                                                  :   22-CV-7948(VEC)
                                                  :
PGREF I 1633 BROADWAY LAND, L.P.; 1633            :        ORDER
BROADWAY OWNER I, LP; and 1633                    :
BROADWAY OWNER II, LP                             :
                                                  :
                              Defendants.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 18, 2022, the Court ordered Defendants to produce certain documents for *in camera* review, *see* Dkt. 27; and

IT IS HEREBY ORDERED that, by no later than **Monday, November 28, 2022**, Defendants must identify each sender and recipient on each of the emails produced, their professional title, and whether the person is functioning as an attorney; and

IT IS FURTHER ORDERED that, for each of the documents provided to the Court, Defendants must provide the Court with an explanation for their position that the redactions to the document reflect communications covered by attorney-client privilege.

**SO ORDERED.**

Date: November 22, 2022
      New York, New York

                                                  _____
                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**