USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
EXTREME REACH, INC.,                                    :
                                                        :
                                    Plaintiff,          :
                    -against-                           :
                                                        :          22-CV-7948(VEC)
                                                        :
PGREF I 1633 BROADWAY LAND, L.P.; 1633                  :          ORDER
BROADWAY OWNER I, LP; and 1633                          :
BROADWAY OWNER II, LP                                   :
                                                        :
                                    Defendants.         :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on November 18, 2022, the Court ordered Defendants to produce certain

documents for *in camera* review, *see* Dkt. 27; and

        WHEREAS on November 22, 2022, the Court ordered Defendants to identify, *inter alia*,

which of the sender and recipients of each of the emails produced were functioning as attorneys,

as well as the basis for Defendants' claim of privilege over each of the redacted documents, *see*

Dkt. 28;

        IT IS HEREBY ORDERED that, by no later than **Monday, December 5, 2022**,

Defendants must explain why the material redacted on the documents bearing the following

Bates stamps do not fall within the crime-fraud exception to the attorney-client privilege:

PGREF00237, PGREF00310, PGREF00324–328, PGREF00329–331, PGREF00333, and

PGREF00335.

        IT IS FURTHER ORDERED that, by no later than **Monday, December 5, 2022**,

Defendants must produce the following documents to Plaintiff in unredacted form, or else

provide the Court with a detailed explanation as to why the material redacted on the documents

bearing the following Bates stamps are protected by attorney-client privilege: PGREF00220 (e-mail dated July 12, 2022, at 1:33 PM, from Kaitlin McManus to Bernard Marasco, copying Peter Brindley), PGREF00223 (same), PGREF00308 (same), PGREF00230, PGREF00238, PGREF00303, PGREF00304, PGREF00305, PGREF00337, PGREF00338, and PGREF00339.

**SO ORDERED.**

**Date: November 29, 2022**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**