```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EXTREME REACH, INC.,

                Plaintiff,

    -against-

                                  22-CV-7948(VEC)

PGREF I 1633 BROADWAY LAND, L.P.; 1633    ORDER
BROADWAY OWNER I, LP; and 1633
BROADWAY OWNER II, LP

                Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 18, 2022, the Court ordered Defendants to produce certain documents for *in camera* review, *see* Dkt. 27; and

    WHEREAS on November 29, 2022, the Court ordered Defendants to explain why the redacted portions of certain documents do not fall within the crime-fraud exception to the attorney-client privilege, Dkt. 29; and

    WHEREAS on December 5, 2022, Defendants responded by submitting a letter *ex parte* (the "December 5 Letter") for the Court's review.

    IT IS HEREBY ORDERED that, by no later than the end of day today, **December 9, 2022**, Defendants must file on the public docket a redacted version of the portion of the December 5 Letter that addresses the crime-fraud exception. As to that portion of the letter, Defendants may only redact material that was also redacted in the disputed documents.

    IT IS FURTHER ORDERED that Plaintiff must respond to Defendants' December 5 Letter with respect to the applicability of the crime-fraud exception by no later than **December 14, 2022**.

2

**SO ORDERED.**

Date:  **December 9, 2022**
       **New York, New York**

       **VALERIE CAPRONI**
       **United States District Judge**