```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
EXTREME REACH, INC.,                        :
                                            :
                          Plaintiff,        :        22-CV-7948 (VEC)
                                            :
            -against-                       :        ORDER
                                            :
PGREF I 1633 BROADWAY LAND, L.P.; 1633      :
BROADWAY OWNER I, LP; and 1633              :
BROADWAY OWNER II, LP,                      :
                                            :
                          Defendants.:
---------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on January 19, 2023, the Court issued a Sealed Opinion & Order (the

"Order") directing Defendants to produce to Plaintiff certain documents that Defendants had

improperly redacted or withheld as privileged, *see* Dkt. 47; and

        WHEREAS pursuant to that same Order, Defendants' deadline to request a stay of the

Order to pursue an appeal elapsed on January 24, 2023 at 5:00 P.M., *see id.*

        IT IS HEREBY ORDERED that the sealing of the Order is LIFTED.  The Clerk of Court

is respectfully directed to unseal docket entry 48.

**SO ORDERED.**

Date:  **January 25, 2023**
       **New York, NY**

                                         _____
                                              **VALERIE CAPRONI**
                                           **United States District Judge**