**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EXTREME REACH, INC.,

                Plaintiff,

-against-                             22 **CIVIL** 7948 (VEC)

                                              **<u>JUDGMENT</u>**

PGREF I 1633 BROADWAY LAND, L.P.; 1633
BROADWAY OWNER I, LP; and 1633
BROADWAY OWNER II, LP,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 1, 2023, Plaintiff's motion for summary judgment is granted in part and denied in part. Plaintiff validly exercised the early termination provision of the Lease. The Lease shall terminate on October 14, 2023, the undisputed termination date given Plaintiff's timely notice of termination; accordingly, the case is closed.

**Dated:** New York, New York

     May 1, 2023

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                         **BY:**      *K. Mango*

                                                            **Deputy Clerk**